# UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF FLORIDA

**BRENDA WESTENHOUSER**,

                    Plaintiff,

vs.                                 **Case No. 16-cv-00457**

**NPAS SOLUTIONS, LLC,**

                    Defendant.

_____/

## NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

COME NOW, the Parties herein, by and through their undersigned counsel, and will represent to the Court that this matter has been amicably settled, and would request entry of a Final Order of Dismissal with Prejudice in this matter, with each party to bear their own costs and attorneys' fees.

DATED this 4th day of April 2016.

| | |
|---|---|
| */s/ Kimberly H. Wochholz* | */s/ William J. Cantrell* |
| Kimberly H. Wochholz, Esq. | William J. Cantrell |
| Florida Bar No. 0092159 | Florida Bar No. 103254 |
| The Consumer Rights Law Group, PLLC | Ogletree, Deakins, Nash, Smoak & Stewart, P.C. |
| 3104 W. Waters Avenue, Suite 200 | 100 North Tampa Street, Suite 3600 |
| Tampa, Florida 33614-2877 | Tampa, Florida 33602 |
| Tel: (813) 435-5055 ext 101 | Tel: (813) 289-1247 |
| Fax: (866) 535-7199 | Fax: (813) 289-6530 |
| Kim@ConsumerRightsLawGroup.com | William.cantrell@ogletreedeakins.com |
| *Counsel for Plaintiff* | *Counsel for Defendant* |